IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEEN CUMMANE and GABRIELLE VAN ECK, Individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL LASER INSTITUTE, LLC ON DEMAND HEALTH AND BEAUTY MARKETING LLC, d/b/a LOUOLOGY, and LOUS SILBERMAN, <br><br>Defendants. | Case No. 1:25-cv-36 <br><br>Hon. April Perry <br><br>Hon. Jeffrey Cole |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this matter who have appeared herein stipulate to the dismissal of this case with prejudice, each party to bear its/her/his own costs.

/s/ Marcos Reilly

HINSHAW & CULBERTSON LLP
151 N. Franklin St., Suite 2500
Chicago, IL 60606
(312) 704-3779
mreilly@hinshawlaw.com
Counsel For All Defendants

/s/ Laura Luisi

LUISI HOLZ LAW
161 N. Clark St., Suite 1600
Chicago, IL 60601
(312) 639-4478
luisil@luisiholzlaw.com
Counsel for Plaintiffs

54832\324432100.v1